**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 3 2017

JAMES W. McCORMACK, CLERK

DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

YACINE IDE                                                     **PLAINTIFF**

v.                              Case No. 4:17cv823-BRW

MSCB, INC.                                                     **DEFENDANT**

This case assigned to District Judge Wilson
and to Magistrate Judge Deere

**VERIFIED COMPLAINT**

Comes now the Plaintiff Yacine Ide, through his attorneys CROWDER

McGAHA, LLP, and for his Complaint against MSCB, INC. ("MSCB"), states:

1.      This Action is for damages, costs and attorney's fees under the Fair

Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the

Arkansas Fair Debt Collection Practices Act ("AFDCPA"), Ark. Code Ann.

§ 17-24-501, *et seq.*

## PARTIES, JURISDICTION & VENUE

2.      Plaintiff is an individual who resides in the Eastern District of Arkansas.

He is a "consumer" under 15 U.S.C. § 1692a(3) and Ark. Code Ann. § 17-24-502(2).

3.      Defendant MSCB, Inc., is a Tennessee for-profit Corporation with a

principal place of business of 1410 Industrial Park Rd., Paris, TN 38242-6099.

Page 1 of 8

MSCB, Inc., may be served with process through The Corporation Company, 124 West Capitol Avenue, Suite 1400, Little Rock, AR 72201-3736.

4.      MSCB is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Ark. Code Ann. § 17-24-502(5)(A). MSCB is a licensed "collection agency" with the Arkansas State Board of Collection Agencies. MSCB uses the instrumentalities of interstate commerce or the mails in its business the principal purpose of which is the collection of debts.

5.      This Court has jurisdiction under 28 U.S.C. § 1331, 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1367.

6.      The venue is proper in this District and Division because the acts and transactions occurred here, Plaintiff resides in this Division, and Defendant transacts business here.

## FACTS

7.      Within one year immediately preceding the filing of this Action, MSCB attempted to collect from Mr. Ide a financial obligation that was primarily for personal, family, or household purposes and is, therefore, a "debt" as 15 U.S.C. § 1692a(5) and Ark. Code Ann. § 17-24-502(4) defines that term.

8.      On March 30, 2017, MSCB sent Mr. Ide a letter, notifying him he owed a balance of $534.03 to Baptist Health Medical Center-Little Rock, for services

rendered on October 1, 2016, for account number 3000772396. The Account

Number on the letter is # 14751269. *See* Exhibit No. 1, Letter from MSCB, Inc. to

Yacine Ide (March 30, 2017).

9.      On May 8, 2017, Mr. Ide received a call from an MSCB employee

named "Charity." During this call, Mr. Ide explained he wanted all his balances with

MSCB combined and to make payments that way going forward.

10.      On May 8, 2017, Mr. Ide paid $50.00 to MSCB.

11.      On May 26, 2017, MSCB sent Mr. Ide a letter confirming a payment

plan, and stating Mr. Ide owed the following amounts:

    a.      BAPTIST HLTH MED CTR-LITTL R–
            Account Number 3000772396–balance $534.03.

    b.      BAPTIST HLTH REHAB INSTITUTE–
            Account Number 1000044329–balance $22.44.

    c.      BAPTIST HLTH REHAB INSTITUTE–
            Account Number 1000049234–balance $61.16.

    d.      BAPTIST HLTH REHAB INSTITUTE–
            Account Number 1000053373–balance $36.40.

The total amount due in the letter was $654.03. The Reference Number of the Letter

is # 14751269. *See* Exhibit No. 2, Letter from MSCB, Inc. to Yacine Ide

(May 26, 2017).

12.      On June 14, 2017, Mr. Ide paid $100.00 to MSCB.

13.     On October 26, 2017, MSCB, filed a complaint in the District Court of

Pulaski County, Arkansas, against Mr. Ide, seeking to recover a balance owed to

Baptist Health Medical Center-Little Rock. *See* Exhibit No. 3, *MSCB, Inc. v. Yacine*

*Ide*, Case No. PCCV-17-2544, District Court of Pulaski County, Arkansas, Little

Rock Civil Division (the "State Court Action"). The reference number of the State

Court Action is # 14751269.

14.     MSCB's complaint in the State Court Action alleged:

> That BAPTIST HLTH MED CTR LITTLE ROCK provided to
> Defendant, or Defendant's legal dependents, medical services
> and facilities on one or several occasions as shown by the
> accounts referenced in Schedule A, and verified by the Affidavit
> of Account, attached hereto as Exhibit A, for which the
> Defendant is now indebted to the Plaintiff in the amount of
> $534.03.

*See* Pl.'s Compl. ¶ 5.

## STANDING

15.     Mr. Ide has standing under Article III of the United States Constitution

because he has suffered an injury in fact, the injury in fact is traceable to the

challenged conduct of Defendant described herein, and his injury in fact is likely to

be redressed by a favorable judicial decision in this Court. Furthermore, Mr. Ide's

injury in fact is both particular and concrete because he suffered an invasion of a

legally protected interest that is concrete, particularized and actual or imminent.

Arkansas's Legislature recognized the harm of debt collectors' conduct toward Arkansas citizens. Many provisions of the FDCPA, the AFDCPA, and Arkansas's common law recognize a consumers' right to privacy and provides redress for violation of those privacy rights, including the right to be left alone from unlawful collection efforts.

## COUNT I—VIOLATIONS OF THE FDCPA

16.   Mr. Ide incorporates all paragraphs herein.

17.   Defendant violated the FDCPA by:

  a.   Using a false representation as to the character, amount or legal status of his debt (15 U.S.C. § 1692e(2)(A));

  b.   Threatening to take an action that cannot legally be taken or that is not intended to be taken (15 U.S.C. § 1692e(5));

  c.   Using a false representation or deceptive means to collect or to attempt to collect any debt. (15 U.S.C. § 1692e(12)); and

  d.   Failing to apply payments in accordance with the consumer's directions. (15 U.S.C. § 1692h).

18.   Because of the above violations of the FDCPA, Defendant is liable to Mr. Ide for a declaratory judgment that Defendant's conduct violated the FDCPA, his actual damages under 15 U.S.C. § 1692k(a)(1), statutory damages of $1,000 under 15 U.S.C. § 1692k(a)(2)(A), and costs and reasonable attorney's fees under 15 U.S.C. § 1692k(a)(3).

## COUNT II– VIOLATIONS OF THE AFDCPA

19.    Mr. Ide incorporates all paragraphs herein.

20.    Defendant violated the AFDCPA by:

   a.    Misrepresenting the character, amount, or legal status of the alleged debt (Ark. Code Ann. § 17-24-506(b)(2)(A)); and

   b.    Failing to apply payments in accordance with the consumer's directions. (Ark. Code Ann. § 17-24-509).

21.    Because of the above violations of the AFDCPA, Defendant is liable to Mr. Ide for a declaratory judgment that Defendant's conduct violated the AFDCPA, Mr. Ide's actual damages under Ark. Code Ann. § 17-24-512(a)(1), statutory damages of $1,000 under Ark. Code Ann. § 17-24-512(a)(2)(A), and costs and reasonable attorney fees under Ark. Code Ann. § 17-24-512(a)(3)(A).

## JURY DEMAND

22.    Plaintiff demands a jury trial.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and against Defendant for:

   A.    Statutory damages;

   B.    Actual damages;

   C.    Attorney's fees, litigation expenses and costs of suit; and

   D.    Such other and further relief as the Court deems proper.

Date: December 11, 2017                   Respectfully submitted,

 

 

_____
Will Crowder (Ark. Bar No. 2003138)
Corey D. McGaha (Ark. Bar No. 2003047)
CROWDER MCGAHA, LLP
5507 Ranch Drive, Suite 202
Little Rock, AR 72223-0043
Phone: (501) 205-4026
Fax:   (501) 367-8208
wcrowder@crowdermcgaha.com
cmcgaha@crowdermcgaha.com

*Attorneys for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

I, Yacine Ide, having first been duly sworn, depose and say as follows:

1.      I am the Plaintiff in this civil proceeding.

2.      I have read the above-entitled civil Complaint prepared by my attorneys, and I believe that all of the facts contained in it are true, to the best of my knowledge, information, and belief formed after reasonable inquiry.

3.      I believe that this civil Complaint is well-grounded in fact and warranted by existing law or by a good-faith argument for the extension, modification, or reversal of existing law.

4.      I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.      I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6.      I have provided my attorneys with true and correct copies of every exhibit which has been attached to this Complaint.

7.      I have not altered, changed, modified, or fabricated the attached exhibits, except that some of the attached exhibits may contain some of my handwritten notations.

_____
Yacine Ide

State of Arkansas    )
                     )
County of _Pulaski_  )

        Acknowledged before me, this _13th_ day of _Dec_____, _2017_.

_____
Signature of Notary Public

My commission expires: _02/28/2022_

[Seal of Office]

KOUIZAR FILAT
NOTARY PUBLIC
ARKANSAS
PULASKI COUNTY
12386458 EXPIRES 2-28-2022



Exhibit No. 1
Letter from MSCB, Inc. to Yacine Ide
(March 30, 2017)

*Yacine Ide v. MSCB, Inc.*

U.S. District Court, Eastern District of Arkansas, Little Rock Division
VERIFIED COMPLAINT

P O Box 1567
Paris, TN 38242-1567

March 30, 2017

IF PAYING BY CREDIT CARD. FILL OUT BELOW

| MASTERCARD | | VISA VISA | |
|---|---|---|---|
| CARD NUMBER | | CVV2 CODE | AMOUNT |
| SIGNATURE | | | EXP. DATE |

| DUE NOW | Account Number | Statement Date |
|---|---|---|
| $534.03 | 14751269 | 3/30/2017 |

☐ Please check box if address is incorrect or if insurance information has changed and indicate the change(s) on reverse side.

ᶴᵖᶥᶅᶥᶅᵖᶥᶅᶥᶥᵖᶥᶫᶅᶥᶥᵖᶥᶥᶫᶥᶥᶥᶥᶥᶥᶥ

YACINE IDE
7355 RIVER POINTE DR
NORTH LITTLE ROCK, AR  72113-6951

000514

# MSCB

*P O Box 1567*
*Paris, TN 38242-1567*

Thank you for taking the time to review this letter.  We have been retained by our client to help you resolve your account(s), listed below.  It appears that all third party payments have been made and you are responsible to pay this account(s).  If you do not dispute this account(s) or any portion thereof, please submit your payment in full to this office or contact us toll free at 1-800-748-3074 to make other arrangements.

Sincerely,

MSCB, Inc.

## THE FOLLOWING NOTICE IS REQUIRED BY LAW

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  Upon your written request within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This agency is licensed by the Collection Service Board of the Department of Commerce and Insurance of Tennessee.

This request for payment does not diminish any of your rights listed in this notice. If you dispute the validity of the debt, or any portion thereof, or request the name and address of the original creditor within 30 days after receiving this notice, we will suspend our efforts to collect this debt, until we mail the requested information to you.  This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

If you feel you may be qualified for financial assistance from Baptist Health, please visit www.baptist-health.com for an application or call Patient Financial Services toll-free 888-509-3288.

| Creditors: | Account Number | Date | Balance | |
|---|---|---|---|---|
| BAPTIST HLTH MED CTR-LITTLE R 3000772396 | | 10/01/2016 | 534.03 | |

Total Amount Due: $534.03

126-541

# Exhibit No. 2
## Letter from MSCB, Inc. to Yacine Ide
## (May 26, 2017)

*Yacine Ide v. MSCB, Inc.*

U.S. District Court, Eastern District of Arkansas, Little Rock Division
VERIFIED COMPLAINT



PO Box 1567
Paris TN 38242-1567



1410 Industrial Park Rd. Paris TN 38242
(731) 642-8454 • (800) 748-3074

May 26, 2017

437403624

Yacine Ide
7355 River Pointe Dr
North Little Rock AR 72113-6951

MSCB, INC.
PO Box 1567
Paris TN 38242-1567

Reference #: 14751269
Total Amount Due: $ 654.03
(SEE ITEMIZATION BELOW)

---

***Detach Upper Portion and Return with Payment***

Dear Yacine Ide:

Thank you for establishing a payment plan with our office.

Our records indicate your payment is due ten (10) days from the date of this letter.

You can mail your payment by tearing off the top portion of this letter and mailing it with your payment in the enclosed envelope to the address provided.

If you have other questions you may contact our office toll free at 1-800-748-3074. Our phones are answered from 8:00 AM to 8:00 PM CST Monday through Thursday and 8:00 AM to 7:00 PM on Friday.

| CREDITORS: | Account #: | Amount Due: |
|---|---|---|
| BAPTIST HLTH MED CTR-LITTLE R | 3000772396 | 534.03 |
| BAPTIST HLTH REHAB INSTITUTE | 1000044329 | 22.44 |
| BAPTIST HLTH REHAB INSTITUTE | 1000049234 | 61.16 |
| BAPTIST HLTH REHAB INSTITUTE | 1000053373 | 36.40 |
| | Total Amount Due: | $ 654.03 |

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Calls to and from this company may be monitored or recorded.

This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

Thank you,

MSCB, INC.

1DAKS1269506      5/26/2017

*MSCB, INC. • 1410 Industrial Park Road • Paris TN 38242-1567 • Phone #: (731) 642-8454 • Toll Free: 1(800) 748-3074*

Exhibit No. 3
*MSCB, Inc. v. Yacine Ide,*
Case No. PCCV-17-2544,
District Court of Pulaski County, Arkansas,
Little Rock Civil Division

*Yacine Ide v. MSCB, Inc.*

U.S. District Court, Eastern District of Arkansas, Little Rock Division
VERIFIED COMPLAINT



IN THE DISTRICT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

MSCB, INC.
PLAINTIFF

VS.                                                             NO. PCCV 47-2544

YACINE IDE
DEFENDANT(S)

## COMPLAINT

**Plaintiff's Address:**  DAVID W. EDWARDS, P.C., P.O. BOX 458, PARIS, TN 38242.

PHONE: (800) 251-2362.

**Defendant's Address:**  YACINE IDE, 7355 RIVER POINT DR, MAUMELLE, AR 72113.

**Nature of Claim:**  Debt Collection

**Nature and Amount of Relief Claimed:**  Plaintiff is seeking the principal balance of $534.03, plus

attorney fees of $150.00, pre-judgment interest of $33.10 , court costs, and post-judgment interest.

**Date Claim Arose:**  The claim arose on the dates set forth in Schedule A, which is attached to the

Complaint.

**Factual Basis of Claim:**

1. That Plaintiff, MSCB, INC., an organization incorporated under the laws of Tennessee and

licensed as a collection agency in Arkansas, in good faith and for valuable consideration, accepted

assignment of the accounts referenced in Schedule A from the Creditor, BAPTIST HLTH MED CTR

LITTLE ROCK, on the date specified in the Assignment and Affidavit of Account attached hereto as

Exhibit A.

2. That BAPTIST HLTH MED CTR LITTLE ROCK is a hospital corporation authorized to conduct

business in the State of Arkansas with its principal place of business located at 904 AUTUMN RD STE 400,

LITTLE ROCK , AR 722110000 .

3. That the defendant may be found at 7355 RIVER POINT DR, MAUMELLE, AR 72113 , or

TRANSAMERICA, , .

4. That venue is proper in PULASKI County because the defendant(s) either reside(s) in PULASKI

County or signed the contract sued upon in PULASKI County.

5. That BAPTIST HLTH MED CTR LITTLE ROCK provided to the Defendant, or Defendant's legal dependents, medical services and facilities on one or several occasions as shown by the accounts referenced in Schedule A, and verified by the Affidavit of Account, attached hereto as Exhibit A, for which the Defendant is now indebted to the Plaintiff in the amount of $534.03.

6. That itemization of each medical bill is not attached to the Complaint due to the requirements of the Health Insurance Portability and Accountability Act (HIPAA), which provides that a covered entity may disclose protected health information only to the extent that such use or disclosure is required by law and the use or disclosure complies with and is limited to the relevant requirement of the law. 45 C.F.R. ' 164.512(a).

7. That Arkansas Code Annotated '16-45-104 provides: In any suit on an account in any of the courts of this state, the affidavit of the plaintiff, duly taken and certified according to law, that the account is just and correct shall be sufficient to establish the account, unless the defendant denies under oath the correctness of the account, either in whole or in part, in which case the plaintiff shall be held to prove by other evidence such part of his account as is thus denied.

8. Wherefore, Plaintiff prays for a money judgment against the Defendant, YACINE IDE, in the principal amount of $534.03, plus attorney fees of $150.00, pre-judgment interest of $ 33.10 ,court costs, and post-judgment interest and general relief.

Respectfully submitted,

David W. Edwards, #2000055
Aaron P. Daniel, #2006063
DAVID W. EDWARDS, P.C.
P.O. Box 458
Paris, TN 38242
1-800-251-2362
Attorneys for Plaintiff

#14751269

## SCHEDULE A

### SCHEDULE OF ACCOUNTS

Responsible Party: YACINE IDE

| Account Number | Patient | Date of Service | Date of Last Payment | Balance |
|---|---|---|---|---|
| | IDE,YACINE | 10/1/2016 | N/A | $534.03 |

Total Account Balance: $534.03

# REDACTED COPY

#14751269



## Affidavit as to Correctness of Account

I, the undersigned, an employee in the business office of the creditor, having the authority to execute this affidavit on behalf of the creditor, and being familiar with the books and records of the creditor and the referenced account, state that the following information is true and correct to the best of my knowledge, information and belief:

| | |
|---|---|
| The creditor to whom the account is owed | BAPTIST HLTH MED CTR LITTLE ROCK |
| The creditor pursuing the collection of the account | MSCB, INC |
| The debtor obligated to pay the account | YACINE IDE |
| The name of the original creditor | BAPTIST HLTH MED CTR LITTLE ROCK |
| The owner of the account (Assigned or Held by the Original Creditor) | ASSIGNMENT: MSCB, INC |
| Interest Rate; Source of Interest Rate | 938 S.W. 2d 565 (Ark 1997) |

| | Patient | Responsibility | Account Number | Balance |
|---|---|---|---|---|
| 1 | IDE, YACINE | YACINE IDE | | $534.03 |
| | | | TOTAL | $534.03 |

For good and valuable consideration, the receipt whereof is hereby acknowledged, the Creditor (Assignor) hereby, and in accordance with and subject to the contract between Creditor and MSCB, Inc., hereby assigns to MSCB, Inc. (Assignee), the referenced account(s) for the purpose of billing, collecting, or filing suit in the Assignee's own name, as the real party in interest.

CREDITOR: BAPTIST HLTH MED CTR LITTLE ROCK
ADDRESS: 904 AUTUMN RD STE 400
LITTLE ROCK , AR 722110000

BY: **X** _____

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY
_____ DAY OF _____ , 20_____

_____
Notary Public

MY COMMISSION EXPIRES: _____

## EXHIBIT A

# REDACTED COPY

#14751269